## United States District Court
### For The District of Wyoming

FEDERAL DEPOSIT INSURANCE
CORPORATION,

       Plaintiff,

                                            Case No.  13-CV-89-S

       v.

BRIAN YARRINGTON, MARK W.
BIRKLE, VIVIAN BUTCHART, JAMES D.
KIRSCH, MORGAN LARSON, JAMES V.
WILSON & WILLARD V. WILSON,

       Defendants'.

## JUDGMENT IN A CIVIL CASE

      This matter came before the Court upon the motion of Plaintiff, Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Bank of Wyoming ("FDIC-R").  The Court held a hearing May 30, 2013 and after receiving the evidence and hearing  the arguments of counsel, and having been informed by all the Defendants that they do not dispute the entry of a confessed judgment, it hereby FINDS and ORDERS; The entry of a confessed judgment as agreed to by all the parties is reasonable and supported by the law and facts, and specifically that the settlement amount of $2,500,000.00 is a reasonable amount, in light of the amount of documented losses caused by Defendants' actions.

Date: June 13, 2013

  Stephan Harris
Clerk, United States District Court

(By) Deputy Clerk